UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SMALL BUSINESS LOAN SOURCE, LLC, Plaintiff | CIVIL ACTION NO. 06-2959 |
| VERSUS | SECTION " K " |
| ST. PAUL FIRE & MARINE INSURANCE CO., Defendant | MAGISTRATE " 5 " |

### ORDER

Considering the foregoing motion of plaintiff, Small Business Loan Source, L.L.C., to strike jury demand, it is hereby

**ORDERED** that the motion is GRANTED and that the jury demand is hereby stricken.

New Orleans, Louisiana, this   3rd   day of October, 2006.

UNITED STATES DISTRICT JUDGE